No. 00–7985. SANDERS *v.* PATRICK, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–7993. CRANE *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 00–7996. MINNIECHESKE *v.* FARREY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–7998. LESTER YOUNG *v.* G. E. CAPITAL MORTGAGE SERVICES, INC. Ct. App. Tenn. Certiorari denied.

No. 00–8001. SAFOUANE ET UX. *v.* WASHINGTON ET AL. Ct. App. Wash. Certiorari denied.

No. 00–8004. MASSEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8005. KARLS *v.* WISCONSIN ET AL. Ct. App. Wis. Certiorari denied.

No. 00–8006. BANNISTER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–8007. CARTER *v.* TESSMER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8010. JOHNSON *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 00–8012. TREVINO *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8013. JONES *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–8015. ARNOLD *v.* WOLFE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8017. MCLEOD *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.